IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA HOUSING FINANCE
AGENCY,

        Plaintiff,                                 No. 2:13-cv-339-KJM-EFB PS

    vs.

ROBERT E. WHITE, III,

        Defendant.                             <u>ORDER</u>
_____/

        On February 27, 2013, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Defendant filed objections on March 12, 2013, and they were considered by the undersigned.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

1  Accordingly, IT IS ORDERED that:

2  1. The Findings and Recommendations filed February 27, 2013, are ADOPTED; and

3  2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Sacramento.

DATED: June 30, 2013.

_____
UNITED STATES DISTRICT JUDGE